UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-mj-8387-RMM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY EUGENE WILLIAMS,

    Defendant.
_____/

FILED BY ___SP___ D.C.
Aug 16, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

    Yes    X **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

    Yes    X **No**

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

    Yes    X **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: _____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| ANTHONY EUGENE WILLIAMS, | ) Case No. 24-mj-8387-RMM |
| | ) |
| | ) |
| Defendant(s) | ) |

FILED BY ___SP___ D.C.
Aug 16, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/30/2024 - 06/26/2024__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threats to assault or murder, a United States official while engaged in the performance of official duties |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
ANGEL ECHEVARRIA
Digitally signed by ANGEL ECHEVARRIA
Date: 2024.08.16 11:49:28 -04'00'

Angel Echevarria, Special Agent, FPS
Printed name and title

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (Facetime).

Date: 8/16/24

_____
Judge's signature

City and state: West Palm Beach, Florida        Hon. Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

## Affidavit in Support of a Criminal Complaint
Case No. 24-mj-8387-RMM

Your affiant, Angel Echevarria, being duly sworn, deposes and states as follows:

### Background

1. I am a law enforcement officer of the United States of America, who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18 of the United States Code. More specifically, I am empowered to enforce federal laws and regulations for the protection of persons and property. I have been employed as a federal law enforcement officer for more than twenty years. I have served as a Special Agent for the Federal Protective Service since April 2009. I am a graduate of the federal law enforcement training center, criminal investigator training program. I am currently assigned as a general crimes investigator out of Miami, Florida.

2. I submit this affidavit in support of a criminal complaint for Anthony Eugene WILLIAMS for the crime of threatening assault on a federal official with the intent to impede, intimidate and interfere with such federal official while engaged in the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

3. The information contained in this affidavit is provided for the limited purpose of establishing probable cause. It is not intended to include each, and every fact and detail known to me or to other law enforcement officers surrounding this investigation. The information set forth in this affidavit is based on my personal participation in this investigation, information provided to me by other individuals including other law enforcement officers, my review of records, reports, and documents related to this investigation, and communications with other individuals who have personal knowledge of

the events and circumstances described herein.

## Applicable Laws

4.      On the basis of my training and experience, I am aware that Title 18, United States Code, Section 115(a)(1)(B) makes it an offense to "threaten[] to assault, kidnap, or murder, a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under [18 U.S.C. §1114], with intent to impede, intimidate or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties…." 18 U.S.C. § 115(a)(1)(B).

5.      Persons designated under § 1114 include "any officer <u>or employee of the United States or of any agency in any branch of the United States Government</u> (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties, or any person assisting such an officer or employee in the performance of such duties or on account of that assistance…." 18 U.S.C. § 1114(a)(emphasis added).

## Statement of Probable Cause

6.      On or about January 30, 2024, Anthony Eugene WILLIAMS (hereinafter "WILLIAMS") went to the Social Security Administration Office (herein after referred to as SSA) located at 801 Clematis Street, West Palm Beach, Florida 33401. The SSA office is a federal controlled property located within the Paul G. Rogers Federal Building and U.S. Courthouse Complex property, which also includes the U.S. District Courthouse at 701 Clematis Street, West Palm Beach, Florida 33401 (hereinafter "the Courthouse Complex"). I

2

am personally aware that the Paul G. Rogers Federal Building and U.S. Courthouse Complex is located within Palm Beach County and the Southern District of Florida. Based on my training and experience, I am also aware that the SSA is an agency of the Executive branch of the United States Government, and thus SSA employees are officers or employees of the United States or of any agency in any branch of the United States Government, within the meaning of 18 U.S.C. § 1114(a).

7. On or about January 30, 2024, WILLIAMS entered the aforementioned SSA office, and a short time later was called to service window sixteen (16). At service window sixteen (16) were SSA employees (federal officials) CL and PS. Both SSA employees were acting in the performance of their official duties assisting visitors with their SSA claims and questions.

8. In reply to an inquiry by WILLIAMS, CL conducted an indices search and advised WILLIAMS his Supplemental Security Income (SSI) was in a suspended status. When CL asked WILLIAMS for a mailing address, WILLIAMS become upset and stated, "You are a nasty bitch, and I will come back and kill you." WILLIAMS also wrote on an envelope in bold letters "Death Warrant" and the date "1-30-2024."

9. The office security was alerted, and Protective Security Officer (PSO) (federal official) RJ was notified. PSO RJ was assigned to provide security and protection functions at the SSA office and was acting in the performance of his official duties. PSO RJ arrived at service window sixteen (16) and asked WILLIAMS to leave the office because of his threats.

10. When PSO RJ asked WILLIAMS to leave the SSA office because of his threats, WILLIAMS called PSO RJ a "Cracka." PSO RJ proceeded to escort WILLIAMS to the office exit. Before exciting the SSA office, WILLIAMS told PSO RJ "he [PSO RJ] and the other SSA employees couldn't help him, and he was going to kill them." WILLIAMS then departed the area

3

without further incident.

11. On or about February 1, 2024, PSO MW (federal official), assigned to provide security and protection functions at the U.S. Courthouse Complex, and was acting in the performance of his official duties when PSO MW observed WILLIAMS sitting on the ground in the parking lot area between the U.S. Courthouse and SSA office, within the property of the U.S. Courthouse Complex. WILLIAMS was seen looking towards the SSA office watching the people entering and exiting the facility. PSO MW notified the Federal Protective Service (FPS) and FPS Inspector DF (federal official) responded to the scene.

12. FPS Inspector DF attempted to speak with WILLIAMS, but WILLIAMS refused and instead began yelling profanities at FPS Inspector DF as WILLIAMS walked away towards Banyan Boulevard and eventually departed the federally controlled property.

13. A short time later, WILLIAMS returned to the Paul G. Rogers Federal Building and U.S. Courthouse Complex to retrieve his bicycle. FPS Inspector DF and PSO MW observed WILLIAMS on his bicycle, after which WILLIAMS stopped and pointed at FPS Inspector DF and stated, "I have a bullet with your name on it."

14. As WILLIAMS was riding his bicycle and departing the federally controlled property, CG, a Court Security Officer (CSO) (federal official) assigned to provide security and protection functions at the U.S. Courthouse Complex while in the course of official duties, observed WILLIAMS state "I'm getting a gun and coming back."

15. On or about February 28, 2024, WILLIAMS was arrested by the City of West Palm Beach Police for unrelated criminal offenses and booked into the Palm Beach County Sheriff's Office Main Detention Center.

16. On or about June 26, 2024, FPS agents (federal officials), including your affiant,

interviewed WILLIAMS at the Palm Beach County Sheriff's Office Main Detention Center, located at 3228 Gun Club Road, West Palm Beach, Palm Beach County, Southern District of Florida. In a Post-*Miranda* interview, WILLIAMS waived his *Miranda* rights and made an audio recorded statement to FPS agents. During the interview WILLIAMS became upset and stated, "You just bought yourself a death sentence, and you did too." "I serve my death warrant through the Department of Corrections." "You just bought yourself a death sentence." "That's a promise". "That's not no threat." "Everybody that fought with me died."

17. WILLIAMS threats on or about January 30, 2024, were witnessed by several federal employees, and Protective Security Officers, who provided written statements to your affiant. WILLIAMS threats on or about February 1, 2024, were witnessed by Federal Protective Service law enforcement officers, Protective Security Officers, and Court Security Officers, who also provided your affiant with written statements. WILLIAMS' threats on or about June 26, 2024, were witnessed by Federal Protective Service law enforcement officers, to include your affiant, and were audio recorded.

### CONCLUSION

18. Based upon my training and experience and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that Anthony Eugene WILLIAMS did commit the crime of threaten assault on a federal official with the intent to impede,

intimidate and interfere with such federal official while engaged in the performance of official duties in violation of Title 18, United States Code, Section 115(a)(1)(B).

ANGEL ECHEVARRIA
Digitally signed by ANGEL ECHEVARRIA
Date: 2024.08.16 11:51:01 -04'00'

Angel Echevarria, Special Agent
Federal Protective Service

ATTESTED TO ME TELEPHONICALLY
(VIA FACETIME) BY THE APPLICANT
IN ACCORDANCE WITH THE REQUIREMENTS
OF FED. R. CRIM. P. 4(d) AND 4.1 THIS 16
DAY OF AUGUST, 2024.

_____
HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ___Anthony Eugene WILLIAMS___

**Case No**: ___24-mj-8387-RMM___

**Count # 1**

**Threats to assault or murder, a United States official while engaged in the performance of official duties**
**Title 18, United States Code, Section 115(a)(1)(B).**
* **Max. Term of Imprisonment:** Ten (10) years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** Three (3) years
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* **Immigration Consequences** of removal or deportation, if the defendant is not a United States citizen.